UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:17-CV-11506-NMG

| | |
|---|---|
| LOUIS MANDARINI III, et al.,,<br>    Plaintiffs,<br><br>v.<br><br>HIGHWAY SAFETY SOLUTIONS, INC. and<br>HI-WAY SAFETY SYSTEMS, INC.,<br>    Defendants. | **DEFENDANTS' UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR PLAINTIFFS TO FILE A MOTION TO COMPEL** |

Defendants, Highway Safety Solutions, Inc. ("Solutions") and Hi-Way Safety Systems, Inc. ("Systems") respectfully move for an extension of the deadline for a motion to compel to be filed from September 7, 2018 to October 19, 2018.  This Motion is unopposed.  As reasons for this Motion, Defendants state as follows:

1. On June 7, 2018, Plaintiffs' counsel requested via email that Defendants supplement their document productions.

2. On June 21, 2018, Magistrate Judge Collings held a teleconference in this matter regarding the date of the Alternative Dispute Resolution conference.  The Clerk's Notes following the teleconference state that "[i]f any document disputes remain as of September 7, 2018, a motion to compel shall be filed." (*Dkt. 35*).  The parties understand this instruction to mean that Plaintiffs must file a motion to compel regarding the discovery issues that were raised by Plaintiffs on June 7. 2018 by September 7, 2018;

3. Defendants' counsel was placed on short-term pregnancy-related disability leave on May 1, 2018.  Defendants' counsel is currently on a continuous leave from

work protected by the Family and Medical Leave Act ("FMLA") until September 4, 2018.  Accordingly, Defendants' counsel is currently unable to produce the voluminous supplementation documents requested by Plaintiffs and/or confer with Plaintiffs' counsel regarding Defendants' objections to such requests.

4. Upon her return to work, Defendants' counsel will be able to begin to produce documents and engage in conferences with Plaintiffs' counsel regarding objections.  However, the parties agree that such document production and conferences cannot be accomplished – and the Plaintiffs' counsel cannot review documents and, if necessary, file a motion to compel – by the September 7, 2018 deadline set by the Clerk's Notes;

5. The discovery deadline in this matter is December 17, 2018.  Accordingly, neither party will be prejudiced by the modest extension of the deadline.  Furthermore, the extension is designed to conserve the Court's and the parties' resources, as any motion to compel filed while Defendants' counsel is on FMLA leave would likely be incomplete and premature.

WHEREFORE, Defendants respectfully requests that this unopposed motion be granted and the deadline for Plaintiffs to file a motion to compel be extended to October 19, 2018.

Defendants,

**Highway Safety Solutions, Inc., et al.,**

By their attorneys,

                                    */s/ Amanda Mare Baer*_____
                                    Amanda Marie Baer, BBO #681386
                                    MIRICK O'CONNELL
                                    1800 West Park Drive, Suite 400
                                    Westborough, MA 01581
                                    t 508.860.1472
                                    f 508.983.6230
                                    abaer@mirickoconnell.com

Dated:  August 8, 2018

**CERTIFICATE OF SERVICE**

     I, Amanda Marie Baer, hereby certify that on this date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electric filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

|  |  |
|---|---|
| Dated:  August 8, 2018 | */s/ Amanda Marie Baer*<br>Amanda Marie Baer, Esq. |

Client Matter/27332/00003/A5576466.DOCXClient Matter/27332/00003/A5470173.DOCX